UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Solomon Alfred Yarteh</u>**

    v.                                          Case No. 25-cv-00500-PB-TSM
                                               Opinion No. 2026 DNH 010

**<u>United States of America</u>**

## **<u>MEMORANDUM AND ORDER</u>**

Solomon Yarteh pleaded guilty to three counts of bank fraud. No. 21-cv-108, Doc. 157 at 1. He was sentenced to forty months in prison and was required to pay $411,055.21 in restitution. Id. at 2, 6.

Yarteh has filed a motion pursuant to 28 U.S.C. § 2255. Doc. 1. His primary argument is that his conviction does not count as an aggravated felony for immigration-removal purposes, an issue that is not addressable through a section 2255 motion. To the extent that he challenges the Court's restitution award, that issue also cannot be addressed in a section 2255 proceeding. Smullen v. United States, 94 F.3d 20, 26 (1st Cir. 1996). To the extent that Yarteh complains that the Court improperly used the intended loss in determining his guideline sentencing range, he is simply wrong. United States v. Innarelli, 524 F.3d 286, 290 (1st Cir. 2008).

2

For the reasons set forth in this order, Yarteh's section 2255 motion is denied. I decline to issue a certificate of appealability because Yarteh has not made a substantial showing of the denial of his constitutional rights.

SO ORDERED.

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

January 26, 2026

cc:   Counsel of Record
      Solomon Alfred Yarteh, pro se